**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-2091**

---

RODRIGUEZ SAMUEL DA MATHA DE SANTANNA,

Plaintiff – Appellant,

v.

MARTIN O'MALLEY, Governor (first Representative of Maryland); GLENN IVEY, State's Attorney (first Public Prosecutor of PG County); BRIAN LOFTON, Commissioner (ID#5138),

Defendants – Appellees,

and

STATE OF MARYLAND, In care of Governor O'Malley,

Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (8:09-cv-01927-AW)

---

Submitted: March 16, 2010          Decided: March 19, 2010

---

Before NIEMEYER and DAVIS, Circuit Judges.[*]

---

Dismissed by unpublished per curiam opinion.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

Rodriguez Samuel Da Matha De Santanna, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodriguez Samuel Da Matha De Santana seeks to appeal the district court order dismissing his claims against one of the four Defendants named in his suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order De Santanna seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED